FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **OLD REPUBLIC INSURANCE COMPANY** | : | **CIVIL ACTION** |
| | : | **No. 02-5145** |
| | : | |
| v. | : | |
| **KEMPER CASUALTY COMPANY** | : | |
| et al. | : | |

### O R D E R

AND NOW, this _____ day of September, after conference with counsel, the Court hereby enters the following scheduling order to govern further proceedings in this case:

1. All motions to join or add additional parties and to amend the pleadings shall be filed within thirty (30) days of the date of this Order.

2. A settlement conference is scheduled for November 26, 2002 at 10:00 a.m in the United States Courthouse, Room 4000, 601 Market Street, Philadelphia, Pennsylvania in conjunction with *Ricchuiti v. The Ventator Group, Inc.*, No. 99-CV-1976. Before the settlement conference, counsel are directed to consult with their clients and obtain authority to negotiate a settlement.

3. All depositions shall be conducted by November 29, 2002. All discovery shall be completed by December 27, 2002.

4. All motions for summary judgment and partial summary judgment shall be filed on or before January 31, 2003. Responses to any motions for summary judgment shall be filed within the time permitted under Local Rule of Civil Procedure 7.1(c).

BY THE COURT:

_____
**CYNTHIA M. RUFE, J.**