FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **OLD REPUBLIC INSURANCE COMPANY** | : | **CIVIL ACTION** No. 02-5145 |
| | : | |
| v. | : | |
| | : | |
| **KEMPER CASUALTY CO.** | : | |

## ORDER

AND NOW, this ____ day of December, 2002, a telephone status conference is hereby scheduled for December 16, 2002 at 11:00 a.m. By separate order, counsel and/or unrepresented parties in *Ricchiuti v. Venator Group*, No. 99-CV-1976 and *Old Republic Ins. Co. v. Venator Group. et al.*, No. 02-CV-8706 shall be directed to participate in said conference. The conference call shall be initiated by the Court.

BY THE COURT:

_____
**CYNTHIA M. RUFE,  J.**