FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| OLD REPUBLIC INSURANCE COMPANY | : : : | CIVIL ACTION No. 02-5145 |
| v. | : : | |
| KEMPER CASUALTY CO. et al. | : | |

### AMENDED SCHEDULING ORDER

AND NOW, this ____ day of December, 2002, after conference with counsel, it is hereby ORDERED that the Scheduling Order, dated September 18, 2002, is hereby AMENDED as set forth below. The following deadlines shall govern further proceedings in the above-captioned case and all matters consolidated therewith:

1. All motions to join or add additional parties and to amend the pleadings shall be filed within forty-five (45) days of the date of this Order.

2. All discovery shall be completed by February 28, 2003.

3. All motions for summary judgment and partial summary judgment shall be filed on or before March 31, 2003. Responses to any motions for summary judgment shall be filed within the time permitted under Local Rule of Civil Procedure 7.1(c).

BY THE COURT:

_____
**CYNTHIA M. RUFE,  J.**