FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **OLD REPUBLIC INSURANCE COMPANY** | : | **CIVIL ACTION** |
| | : | **No. 02-5145** |
| | : | |
| v. | : | |
| | : | |
| **KEMPER CASUALTY CO. et al.** | : | |

## ORDER

AND NOW, this ____ day of December, 2002, upon the request of counsel for Kemper Casualty Company, Kemper Casualty Insurance Company, Kemper Insurance Companies, and Lubermens Mutual Casualty Company, it is hereby ORDERED that said parties shall have until December 27, 2002 to respond to the Motion for Summary Judgment of Old Republic Insurance Company [Doc. No. 11]. It is further ORDERED that Old Republic Insurance Company shall have a similar extension of time in which to respond to any Cross-Motion for Summary Judgment filed on behalf of Kemper Casualty Company, Kemper Casualty Insurance Company, Kemper Insurance Companies, and Lubermens Mutual Casualty Company.

BY THE COURT:

_____

**CYNTHIA M. RUFE,  J.**