FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **OLD REPUBLIC INSURANCE COMPANY** | : | **CIVIL ACTION**<br>No. 02-5145 |
| | : | |
| v. | : | |
| | : | |
| **KEMPER CASUALTY CO. et al.** | : | |

## ORDER

AND NOW, this _____ day of December, 2002, it is hereby ORDERED and DECREED that *Old Republic Ins. Co. v. Venator Group et al.*, No. 02-CV-8706 and *Old Republic Ins. Co. v. Kemper Casualty Co. et al.*, No. 02-CV-5145 are CONSOLIDATED for the purposes of pretrial discovery and trial. All pleadings, motions and other submissions shall be filed and docketed at *Old Republic Ins. Co. v. Kemper Casualty Co. et al.*, No. 02-CV-5145.

                                              **BY THE COURT:**

                                              _____

                                              **CYNTHIA M. RUFE,   J.**