IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| OLD REPUBLIC INSURANCE CO., | : | Civil Action |
|     Plaintiff, | : | |
| | : | No. 02-5145 (consolidated) |
| v. | : | |
| | : | |
| LUMBERMENS MUTUAL CASUALTY CO., | : | |
|     Defendant. | : | |
| | : | |
| OLD REPUBLIC INSURANCE CO., | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| THE VENATOR GROUP, INC. and FOOT LOCKER, INC., | : | |
|     Defendants. | : | |

MOTION FOR SUMMARY JUDGMENT OF
DEFENDANTS VENATOR GROUP, INC. AND FOOT LOCKER, INC.

Defendants Venator Group, Inc. and Foot Locker, Inc. (hereinafter collectively referred to as "Foot Locker"), by their attorneys, Hecker Brown Sherry and Johnson LLP, hereby move for summary judgment in their favor and against plaintiff Old Republic Insurance Company and in support thereof aver as follows:

    1.    On November 27, 2002, Old Republic instituted this declaratory judgment action seeking a determination that it is not required to indemnify Foot Locker against any liability it might incur to William and Irene Ricchiuti in an action filed against Foot Locker in this court captioned Ricchiuti v. Venator Group, Inc., Civil Action No. 99-1976 (E.D. Pa.).

    2.    For the reasons set forth in the Memorandum of Law submitted herewith and incorporated herein by reference, Foot Locker is entitled to judgment in its favor as a matter of law as to the claims asserted by Old Republic.

111444-1

WHEREFORE, Venator Group, Inc. and Foot Locker, Inc. respectfully request entry of an Order granting summary judgment in their favor and against Old Republic Insurance Company and declaring that Old Republic Insurance Company is obligated to indemnify them in connection with the <u>Ricchiuti</u> action.

                                            HECKER BROWN SHERRY AND JOHNSON LLP

DATED:_____         By:_____
                                            Peter C. Kennedy
                                            Attorney ID #46422
                                            M. Jane Goode
                                            Attorney ID #37247
                                            1700 Two Logan Square
                                            18th and Arch Streets
                                            Philadelphia, PA  19103
                                            (215) 665-0400

                                            Attorneys for Defendants
                                            Venator Group, Inc. and Foot
                                            Locker, Inc.

111444-1