IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| OLD REPUBLIC INSURANCE CO., | : | Civil Action |
| Plaintiff, | : | |
| | : | No. 02-5145 (consolidated) |
| v. | : | |
| | : | |
| LUMBERMENS MUTUAL CASUALTY CO., | : | |
| Defendant. | : | |
| | : | |
| _____ | | |
| OLD REPUBLIC INSURANCE CO., | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| THE VENATOR GROUP, INC. and FOOT | : | |
| LOCKER, INC., | : | |
| Defendants. | : | |

ORDER

AND NOW, this ____ day _____, 2003, upon consideration of Old Republic

Insurance Company's Motion for Summary Judgment and Venator Group, Inc.'s and Foot

Locker's response thereto; it is hereby ORDERED that said Motion is DENIED.  It is further

ORDERED that Venator Group, Inc.'s and Foot Locker, Inc.'s Motion for Summary Judgment is

GRANTED and that a declaration is hereby entered finding that Old Republic Insurance

Company is obligated to indemnify Venator Group, Inc. and Foot Locker, Inc. from and against

any liability incurred in connection with the claims asserted against them in Ricchiuti v. Venator

Group, Inc., Civil Action No. 99-1976 (E.D. Pa.), including any sums paid in settlement of said

action.

 

_____
Hon. Cynthia M. Rufe, U.S.D.J.

111839-1