IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| OLD REPUBLIC INSURANCE CO., | : | Civil Action |
|     Plaintiff, | : | |
| | : | No. 02-5145 (consolidated) |
| v. | : | Hon. Cynthia M. Rufe |
| | : | |
| LUMBERMENS MUTUAL CASUALTY CO., | : | |
|     Defendant. | : | |
| | : | |
| _____ | | |
| OLD REPUBLIC INSURANCE CO., | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| THE VENATOR GROUP, INC. and FOOT LOCKER, INC., | : | |
|     Defendants. | : | |

## ORDER

AND NOW, this ___ day of _____, 2003, upon consideration of Old Republic Insurance Company for Summary Judgment as to The Venator Group, Inc. and Foot Locker, Inc. and the opposition thereto; it is hereby ORDERED that said Motion is DENIED and that summary judgment is hereby GRANTED in favor of The Venator Group, Inc. and Foot Locker, Inc.

_____
Hon. Cynthia M. Rufe

127715-1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| OLD REPUBLIC INSURANCE CO., <br>     Plaintiff, <br><br> v. <br><br> LUMBERMENS MUTUAL CASUALTY CO., <br>     Defendant. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | Civil Action <br><br> No. 02-5145 (consolidated) <br> Hon. Cynthia M. Rufe |
| OLD REPUBLIC INSURANCE CO., <br>     Plaintiff, <br><br> v. <br><br> THE VENATOR GROUP, INC. and FOOT LOCKER, INC., <br>     Defendants. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | |

ANSWER OF DEFENDANTS VENATOR
GROUP, INC. AND FOOT LOCKER, INC. TO
PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

      Defendants Venator Group, Inc. and Foot Locker, Inc., by their attorneys, Hecker Brown Sherry and Johnson LLP, hereby respond to Old Republic Insurance Company's Motion for Summary Judgment and in opposition thereto adopt and incorporate by reference their Answer and Memorandum of Law in Opposition to said Motion, including attachments, which was filed on April 3, 2003, and docketed at Document No. 28, as though set forth fully herein.

127715-1

WHEREFORE, Venator Group, Inc. and Foot Locker, Inc. respectfully request that an Order be entered denying Old Republic Insurance Company's Motion for Summary Judgment and granting summary judgment in favor of Venator Group, Inc. and Foot Locker, Inc.

HECKER BROWN SHERRY AND JOHNSON LLP

DATED:_____     By:_____
                        Peter C. Kennedy
                        Attorney ID #46422
                        M. Jane Goode
                        Attorney ID #37247
                        1700 Two Logan Square
                        18th and Arch Streets
                        Philadelphia, PA  19103
                        (215) 665-0400

                        Attorneys for Defendants
                        Venator Group, Inc. and Foot
                        Locker, Inc.

127715-1

CERTIFICATE OF SERVICE

M. Jane Goode, attorney for defendants Venator Group, Inc. and Foot Locker, Inc., certifies that on this 21st day of November, 2003, she caused a true and correct copy of the attached Answer of Defendants Venator Group, Inc. and Foot Locker, Inc. to Plaintiff's Motion for Summary Judgment to be served upon the following via First Class, U.S. mail:

| | |
|---|---|
| Edward L. McCandless, Jr., Esquire | William W. Conkin, Esquire |
| McCANDLESS LAW ASSOCIATES, P.C. | MARSHALL, DENNEHEY, WARNER, |
| 1700 Sansom Street | COLEMAN & GOGGIN |
| 12th Floor | 1845 Walnut Street, 18th Floor |
| Philadelphia, PA  19103-5215 | Philadelphia, PA  19103 |

_____

M. Jane Goode

127715-1