UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| OLD REPUBLIC INSURANCE CO.,<br>  Plaintiff/Counter-Defendant<br><br>v.<br><br>LUMBERMENS MUTUAL<br>CASUALTY COMPANY,<br>  Defendant/Counter-Plaintiff<br><br>And<br><br>THE VENATOR GROUP, INC. and FOOT LOCKER, INC.,<br>  Defendant | CV 02-5145<br><br>NOTICE OF APPEAL |

### PLAINTIFF'S NOTICE OF APPEAL

Notice is hereby given that Old Republic Insurance Company, Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Third Circuit from Judge Rufe's Order granting Summary Judgment in favor of all Defendants, Lumbermens Mutual Casualty Company, The Venator Group and Foot Locker, Inc. entered on 10th day of March, 2004.

Respectfully Submitted,

McCANDLESS LAW ASSOCIATES, P.C.

_____
Edward L. McCandless
Attorney ID #21240
1700 Sansom Street
12th Floor
Philadelphia, PA 19103
215-832-1000
Attorney for Plaintiff

Dated: 3/31/04