IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

OLD REPUBLIC INSURANCE CO.

                         C.A. #02-5145
                         District Court Docket Number

vs.

LUMBERMENS MUTUAL CASUALTY COMPANY, ET AL

Notice of Appeal Filed <u>4/1/04</u>
Court Reporter(s)/ESR Operator(s)     <u>N/A</u>

Filing Fee:
    Notice of Appeal <u>X</u> Paid __Not Paid    __Seaman
    Docket Fee       <u>X</u> Paid __Not Paid    __USA/VI

CJA Appointment (Attach Copy of Order)

__Private Attorney
__Defender Association or Federal Public Defender
__Motion Pending

Leave to Proceed <u>In Forma Pauperis</u> status, if applicable: (Attach copy of the Order)

__Motion Granted
__Motion Denied
__Motion pending before district judge

Certificate of probable cause (state habeas corpus): (Attach copy of the Order)

__Granted
__Denied
__Pending

Defendant's Address (for criminal appeals)

Prepared by :_____
                      Kim Williams
              Deputy Clerk Signature/Date

PLEASE APPEND TO THE NOTICE OF APPEAL AND FORWARD TO
THE OFFICE OF THE CLERK, U.S. COURT OF APPEALS

notapp.frm